United States District Court
Southern District of Texas
**ENTERED**
September 06, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Allen Eugene, § | |
| 　　Petitioner, § | |
| § | |
| v. § | Civil Action H-18-3980 |
| § | |
| Lorie Davis, § | |
| 　　Respondent. § | |

## Order of Adoption

On August 6, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (17) recommending that the court deny Allen Eugene's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on September __6__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge